JOHN MAYO, PLAINTIFF-APPELLANT, v. CITY NATIONAL BANK AND TRUST COMPANY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued September 15, 1969—Decided September 22, 1969.

Before Judges GOLDMANN, LEWIS and MATTHEWS.

*Mr. Kent A. Losche* argued the cause for appellant (*Messrs. Losche & Losche,* attorneys).

*Mr. David R. Rudd* argued the cause for respondent (*Messers. Raff* and *Scheider,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in Judge Lora's reported opinion, 103 *N. J. Super.* 227.